EDWARD A. VAN ALSTINE et al., Respondents, *v.* ALVIN J. BELDEN et al., Appellants.

Reported below, 41 App. Div. 123.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place upon the present calendar an appeal from the judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 2, 1899, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the speedy hearing and decision of the appeal is of public importance.

*Albert P. Fowler* for motion.

No one opposed.

Motion to prefer granted, without costs.